**Order entered April 24, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00936-CR

**BEDROS NOBAR MINASSIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-54609-P**

## ORDER

The Court **REINSTATES** the appeal.

On February 24, 2014, we ordered the trial court to prepare a certification of appellant's right to appeal that accurately reflected the probation revocation proceedings. On April 22, 2014, we received the certification indicating appellant's right to appeal.

Our record reflects the State's brief was due March 26, 2014 but has not yet been filed. Moreover, the State has not sought an extension of time to file its brief. Accordingly, we **ORDER** the State to file its brief by **May 12, 2014**. If the brief is not filed by the date specified, the appeal will be submitted on appellant's brief alone.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE